B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Clarity Signs, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-0799657** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7204 NE 175th St.**<br>**Kenmore, WA**<br>ZIP Code **98028** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Clarity Signs, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clarity Signs, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

### Signature of Attorney*

X **/s/ NATHAN T. RIORDAN**
Signature of Attorney for Debtor(s)

**NATHAN T. RIORDAN 33926**
Printed Name of Attorney for Debtor(s)

**Riordan Law, PS**
Firm Name

**600 Stewart**
**#1300**
**Seattle, WA 98101**

Address

**Email: nate@riordan-law.com**
**206-903-0401  Fax: 206-219-4141**
Telephone Number

**May 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Greg Nygreen**
Signature of Authorized Individual

**Greg Nygreen**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**May 21, 2015**
Date

AAOA HEALTHCARE
10510 NE NORTHUP WAY, STE. 200
KIRKLAND, WA 98033


ACE SIGN COMPANY
11935 INTERSTATE 30
LITTLE ROCK, AR 72209


AGE INVESTMENT, INC.
C/O GARY TRABOLSI
2200 6TH AVE., STE. 600
SEATTLE, WA 98121


AGM
2100 124TH AVE. NE, STE.100
BELLEVUE, WA 98005


AIR CYCLE CORP.
220 OGDEN AVENUE #100
LISLE, IL 60532


ALL CALIFORNIA SIGNS
80 PELICAN COURT
NEWPORT BEACH, CA 92660


ALL RIGHT SIGN, INC.
3628 UNION AVENUE
STEGER, IL 60475


ALLIANCEONE RECEIVABLES
PO BOX 2449
GIG HARBOR, WA 98335


ALPHA ARCHITECTURAL
8565 23RD AVE.
SACRAMENTO, CA 95826


ANDREY'S STUCCO & MASONRY
PO BOX 3861
BELLEVUE, WA 98009


ART SIGNS INC.
63006 HWY 101 S.
COOS BAY, OR 97420

ATLAS COLLECTIONS
1410 BROAD STREET
NEW CASTLE, IN 47362


BELLEDEAUX HEARING CENTER
4414 JOHNSTON STREET
LAFAYETTE, LA 80503


BELTWAY SIGN SERVICE


BLAZE SIGNS
PO BOX 608
MEDFORD, OR 97501


BRIGHT NOW SIGNS
108 WEST WASHINGTON STREET
NEW CARLISLE, OH 45344


BUSINESS LICENSE DEPT.
PO BOX 809
MOUNT VERNON, WA 98273


BUTLER SIGN COMPANY
C/O PAMELA ASHCRAFT
1702 N. COLLINS BLVD, STE. 100
RICHARDSON, TX 75080


CANON FINANCIAL SERVICES
C/O SCOTT MARCUS
121 JOHNSON ROAD
TURNERSVILLE, NJ 08012


CARPE DIEM PIZZA
PO BOX 2690
SILVERDALE, WA 98383


CASCADE SIGN & FABRICATION
YCCS COLLECTION
PO BOX 9244
YAKIMA, WA 98909


CENTRAL WELDING SUPPLY
PO BOX 179
NORTH LAKEWOOD, WA 98259

CHRIS'S SIGN SERVICE, INC.
PO BOX 1550
ALDERGROVE, BC V4W 2V1


CHRISTOPHER ADAMS
ADAMS & DUNCAN, INC, PS
3128 COLBY AVE.
EVERETT, WA 98201


CITY OF OAK HARBOR
865 SE BARRINGTON DRIVE
OAK HARBOR, WA 98277


CITY OF SEATTLE
RM 600 - 500 FOURTH AVE.
SEATTLE, WA 98104


CLOVIS SIGN SERVICE, INC.
PO BOX 789
CLOVIS, NM 88102


COMCAST
C/O STELLAR RECOVERY
PO BOX 1119
CHARLOTTE, NC 28201


CONNECTICUT SIGN SERVICE, LLC
25 SAYBROOK ROAD
ESSEX, CT 06426


CONSOLIDATED RECOVERY GROUP
1835A SOUTH CENTRE CITY PKWY
SUITE 402
ESCONDIDO, CA 92025-6504


DALE SIGN SERVICE, INC.
13652 MANCHESTER ROAD
ST. LOUIS, MO 63131


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

DODD SIGNS
C/O JACK GREEN
1651 N. COLLINS BLVD., STE 140
RICHARDSON, TX 75080


DOMINO'S
2 E 1ST AVENUE
KENNEWICK, WA 99336


EMPLOYMENT SECURITY DEPT.
STATE OF WASHINGTON
PO BOX 9046
SEATTLE, WA 98124-1949


ENCORE IMAGE
PO BOX 9297
ONTARIO, CA 91762


ENUMCLAW INSURANCE GROUP
PO BOX 34983
SEATTLE, WA 98124


EVERETT STEEL
3126 HILL AVENUE
EVERETT, WA 98208


EVERGREEN FIRE & SAFETY, INC.
3618 164TH ST., SW
LYNNWOOD, WA 98037


FAM WATERJET, INC.
720 132ND ST. SW, STE. 204
EVERETT, WA 98204


FEDEX
DEPT CH PO BOX 10306
PALATINE, IL 60055


FLEETSIDE
12902 58TH DRIVE SE
SNOHOMISH, WA 98296


FORMAN SIGN COMPANY
10447 DRUMMOND RD.
PHILADELPHIA, PA 19154

FRASIER ENTERPRISES
131 ENTERPRISE ROAD
JOHNSTOWN, NY 12095


FREEPORT SIGNS, INC.
26 WEST 4TH STREET
FREEPORT, NY 11520


FRONTLINE SHREDDING
PO BOX 3094
BELLEVUE, WA 98009


GAUBE ENTERPRISES
4800 POINT FOSDICK DRIVE NW
GIG HARBOR, WA 98335


GOOD TO GO!
PO BOX 34562
SEATTLE, WA 98124


IG GROUP SIGN & CONSTRUCTION
880 NORTH 100 EAST
LEHIGH VALLEY, UT 84043


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
915 2ND AVE., M/S W244
SEATTLE, WA 98174


INTUIT
21215 BURBANK BLVD., STE. 100
WOODLAND HILLS, CA 91367


KENMORE SELF STORAGE
18716 68TH AVE NE
KENMORE, WA 98028


KESSLER SIGN COMPANY
PO BOX 785
ZANESVILLE, OH 43702

KING COUNTY PROPERTY TAX
500 4TH AVE., ROOM 600
SEATTLE, WA 98104


LARRY A. JOHNSTONE
144 RAILROAD AVE., STE. 203
EDMONDS, WA 98020


LAVELLE VAC & DRAINAGE
PO BOX 3028
FEDERAL WAY, WA 98063


LETTERWORKS SIGN DESIGN
ASSET COLLECTIONS
10505 SW BARBUR BLVD.
PORTLAND, OR 97219


LYNDEN INTERNAT'L
C/O J. MICHAEL LOVEJOY
9218 ROOSEVELT
SEATTLE, WA 98115


M. DICKEY & SONS, LTD
46202 5TH AVENUE
CHILLIWACK, BC V2P 1M9


MARGISON GRAPHICS & SIGNS, LLC
1813 S. MEMORIAL DRIVE #A
NEW CASTLE, IN 47362


MASONS SUPPLY COMPANY
COMMERCIAL COLLECTION BUREAU
149 THOMPSOM AVE. E #214
WEST ST. PAUL, MN 55118


MIRACLE EAR - PLYMOUTH
ATTN: THERESA GOODWIN
5000 CHESHIRE LANE N.
PLYMOUTH, MN 55446


MOUNTAIN MIST WATER
C/O EVERGREEN PROF. RECOVERIES
PO BOX 666
BOTHELL, WA 98041

MOUNTAIN MIST WATER
PO BOX 44427
TACOMA, WA 98448


NATIONAL BARRICADE COMPANY
6518 RAVENNA AVE. NE
SEATTLE, WA 98115


NATIONAL CONSTRUCTION RENTALS
PO BOX 4503
PACOIMA, CA 91333


NEVADA ADVERTISING, INC.
PO BOX 803
ELKO, NV 89803


NORTHERN SIGN COMPANY
101 E. WALTON
PONTIAC, MI 48340


NORTHSTAR SIGNBS & LIGHTING,LTD
12763 60TH AVENUE
SURREY, BC V3X 2K9


ON SITE SIGN GROUP
5705 - 50 AVE.
LLOYDMINSTER, SK S9V 2A4


PORT ORCHARD SIGNS
250 BETHEL AVENUE
PORT ORCHARD, WA 98366


PUGET SOUND ENERGY
BOT-01H PO BOX 91269
BELLEVUE, WA 98009


RIO GRANDE PIZZA
1126 ALAMETA BLVD. NW
ALBUQUERQUE, NM 87114


RUEFF SIGNS INC.
1530 E. WASHINGTON ST.
LOUYISVILLE, KY 40206

S&T WINDOW FILMS
17642 IRWIN STREET SW
ROCHESTER, WA 98579


SCOTTRADE, INC.
700 MARYVILLE CENTRE
ST. LOUIS, MO 53141


SIGN ART COMPANY, INC.
2933 MONDVI ROAD
EAU CLAIRE, WI 54701


SIGN ERECTORS, INC.
855 W. CARROLL STREET
DOTHAN, AL 36301


SIGN FACES
PO BOX 1963
BIRMINGHAM, AL 35124


SIGN OF LIGHT
9499 HIGHLAND PARK DRIVE
ROSEVILLE, CA 95678


SIGN VISION
987 CLAYCRAFT ROAD
COLUMBUX, OH 43230


SIGNOLOGY
1851 HIGHLAND RIDGE ROAD
SHAWNIGAN LAKE, BC V0R 2W0


SIGNTECH NW
4006 102ND AVENUE E
EDGEWOOD, WA 98371


STARBUCKS
ATTN: LEGAL DEPT.
2401 UTAH AVE S,
SEATTLE, WA 98134


STATE FARM
MARK HAFEMEISTER
14322 LAKE CITY WAY NE
SEATTLE, WA 98125

SULLAWAY ENGINEERING
PO BOX 28789
SAN DIEGO, CA 92198


TAXBUSTERS
ATTN: ROD ADDICKS
975 S. BURLINGTON BLVD.
ARLINGTON, WA 98223


TEAM WASHINGTON, INC.
8381 OLD COURTHOUSE ROAD
VIENNA, VA 22182


TEREX SERVICES
62831 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


TRULITE SIGNS, INC.
2990 HAL MOON COURT
NORCO, CA 92860


UL
333 PFINGSTEN RD.
NORTHBROOK, IL 60062


VANTAGE SOURCING
PO BOX 6786
DOTHAN, AL 36302


VERIZON NORTHWEST
PO BOX 9688
MISSION HILLS, CA 91346


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002


VERIZON WIRELESS
PO BOX 4005
ACWORTH, GA 30101


WA DEPT OF L&I
RIGHT TO KNOW
315 5TH AVE., S., STE. 300
SEATTLE, WA 98104

WA DEPT. OF LABOR & INDUSTRIES
315 5TH AVE., S., STE. 200
SEATTLE, WA 98104


WA EMPLOYMENT SECURITY DEPT.
PO BOX 9046
SEATTLE, WA 98124-1949


WATCHFIRE SIGNS
PO BOX 850
DANVILLE, IL 61832


WEST COAST SIGN & INSTALL
1437 HERNDON AVE.
CONCORD, CA 94520


WESTERN CRANE
C/O FAX DUNCAN
1416 E. THOMAS
SEATTLE, WA 98112


WESTGATE BUILDING
C/O SCOTT WEITZ
520 KIRKLAND WAY, STE. 103
KIRKLAND, WA 98033


WILSON SIGN COMPANY, INC.
300 HAMILTON AVENUE
DAYTON, OH 45403


YESCO
PO BOX 11676
TACOMA, WA 98411

# United States Bankruptcy Court
## Western District of Washington

In re  **Clarity Signs, Inc.**                                             Case No.
                                   Debtor(s)                                Chapter   **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clarity Signs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 21, 2015 | **/s/ NATHAN T. RIORDAN** |
| Date | **NATHAN T. RIORDAN 33926** |
| | Signature of Attorney or Litigant |
| | Counsel for **Clarity Signs, Inc.** |
| | **Riordan Law, PS** |
| | **600 Stewart** |
| | **#1300** |
| | **Seattle, WA 98101** |
| | **206-903-0401 Fax:206-219-4141** |
| | **nate@riordan-law.com** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy