**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-13194-CMA |
| | § | |
| CLARITY SIGNS, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>05/21/2015</u>. The undersigned trustee was appointed on <u>05/21/2015</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,680.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $3,234.59 |
   | Bank service fees | $834.53 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $610.88 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/16/2016 and the deadline for filing government claims was 02/16/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,170.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,170.00, for a total compensation of $1,170.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $168.50, for total expenses of $168.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2018        By:  /s/ Edmund Wood
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 15-13194-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | CLARITY SIGNS, INC. | Date Filed (f) or Converted (c): | 05/21/2015 (f) |
| For the Period Ending: | 5/3/2018 | §341(a) Meeting Date: | 06/25/2015 |
| | | Claims Bar Date: | 02/16/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1997 Ford F250 | $700.00 | $700.00 | | $2,100.00 | FA |
| | Asset Notes: 1/5/16 Order approving sale with James G Murphy | | | | | |
| 2 | Computers and office equipment / furniture | $5,000.00 | $5,000.00 | | $2,580.00 | FA |
| | Asset Notes: in storage  1/5/16 Order approving sale with James G Murphy | | | | | |
| 3 | saws and tools in storage | $2,000.00 | $2,000.00 | | $0.00 | FA |
| | Asset Notes: 1/5/16 Order approving sale with James G Murphy | | | | | |
| 4 | Inventory in storage | $5,000.00 | $5,000.00 | | $0.00 | FA |
| | Asset Notes: 1/5/16 Order approving sale with James G Murphy | | | | | |
| 5 | Preferential transfers/fraudulent conveyances (u) | $0.00 | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**    $12,700.00    $12,700.00       $4,680.00    Gross Value of Remaining Assets  $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/12/2018 | Prompt audit response letter received for y/e 12.2017 |
| 07/15/2016 | Prompt audit determination letter received for y/e 12/2015 |
| 10/06/2015 | Order entered authorizing employment of Quackenbush Hansen and Cougar, PLLC, as accountants for trustee |
| 09/09/2015 | Order Approving Employment of Todd Meyers and James G Murphy Co as Appraiser and Auctioneer. |
| 08/11/2015 | Order Approving Employment of Denice Moewes and Wood & Jones, PS, as Attorney for Trustee |

**Initial Projected Date Of Final Report (TFR):** 05/21/2017     **Current Projected Date Of Final Report (TFR):** 12/31/2017

/s/ EDMUND J. WOOD  
EDMUND J. WOOD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1   Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No. | 15-13194-CMA | | Trustee Name: | Edmund Wood |
| Case Name: | CLARITY SIGNS, INC. | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***9657 | | Checking Acct #: | ******3146 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/21/2015 | | Blanket bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 5/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2016 | | James G. Murphy Company | Auction proceeds, Assets 1, 2, 3, 4 | * | $1,445.41 | | $1,445.41 |
| | {1} | | Sale of Trucks    $2,100.00 | 1129-000 | | | $1,445.41 |
| | {2} | | Sale of Equipment and Inventory    $2,580.00 | 1129-000 | | | $1,445.41 |
| | | | James G. Murphy - expenses    $(2,766.59) | 3620-000 | | | $1,445.41 |
| | | | James G Murphy - Commission    $(468.00) | 3610-000 | | | $1,445.41 |
| 02/29/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.66 | $1,398.75 |
| 03/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.84 | $1,351.91 |
| 04/30/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.77 | $1,305.14 |
| 05/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.71 | $1,258.43 |
| 06/30/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.65 | $1,211.78 |
| 07/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.59 | $1,165.19 |
| 08/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.53 | $1,118.66 |
| 09/30/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.47 | $1,072.19 |
| 10/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.41 | $1,025.78 |
| 11/30/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.34 | $979.44 |
| 12/31/2016 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.28 | $933.16 |
| 01/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.22 | $886.94 |
| 02/28/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.16 | $840.78 |
| 03/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.10 | $794.68 |
| 04/30/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $46.04 | $748.64 |
| 05/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $45.98 | $702.66 |
| 06/30/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $45.92 | $656.74 |
| 07/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $45.86 | $610.88 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| | |  | |
|---|---|---|---|
| **Case No.** | 15-13194-CMA | **Trustee Name:** | Edmund Wood |
| **Case Name:** | CLARITY SIGNS, INC. | **Bank Name:** | First Sound Bank |
| **Primary Taxpayer ID #:** | **-***9657 | **Checking Acct #:** | ******3146 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 5/21/2015 | **Blanket bond (per case limit):** | $78,753,461.00 |
| **For Period Ending:** | 5/3/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $1,445.41 | $834.53 | $610.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,445.41 | $834.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,445.41 | $834.53 | |

| For the period of 5/21/2015 to 5/3/2018 | | For the entire history of the account between 02/22/2016 to 5/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,680.00 | Total Compensable Receipts: | $4,680.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,680.00 | Total Comp/Non Comp Receipts: | $4,680.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,069.12 | Total Compensable Disbursements: | $4,069.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,069.12 | Total Comp/Non Comp Disbursements: | $4,069.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-13194-CMA | **Trustee Name:** Edmund Wood |
| **Case Name:** | CLARITY SIGNS, INC. | **Bank Name:** First Sound Bank |
| **Primary Taxpayer ID #:** | **-***9657 | **Checking Acct #:** ******3146 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 5/21/2015 | **Blanket bond (per case limit):** $78,753,461.00 |
| **For Period Ending:** | 5/3/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,445.41 | $834.53 | $610.88 |

| For the period of 5/21/2015 to 5/3/2018 | | For the entire history of the case between 05/21/2015 to 5/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,680.00 | Total Compensable Receipts: | $4,680.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,680.00 | Total Comp/Non Comp Receipts: | $4,680.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,069.12 | Total Compensable Disbursements: | $4,069.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,069.12 | Total Comp/Non Comp Disbursements: | $4,069.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EDMUND WOOD

EDMUND WOOD

| Case No. | 15-13194-CMA | | | Trustee Name: | | Edmund J. Wood |
| Case Name: | CLARITY SIGNS, INC. | | | Date: | | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EDMUND WOOD  303 N. 67th Street  Seattle WA 98103-5209 | 05/03/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,170.00 | $1,170.00 | $0.00 | $0.00 | $0.00 | $1,170.00 |
| | EDMUND WOOD  303 N. 67th Street  Seattle WA 98103-5209 | 05/03/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $168.50 | $168.50 | $0.00 | $0.00 | $0.00 | $168.50 |
| | WOOD & JONES, P.S  303 N. 67th Street  Seattle WA 98103-5209 | 05/03/2018 | Administrative - Attorney Expenses | Allowed | 3220-000 | $0.00 | $840.46 | $840.46 | $0.00 | $0.00 | $0.00 | $840.46 |
| | WOOD & JONES, P.S  303 N. 67th Street  Seattle WA 98103-5209 | 05/03/2018 | Administrative - Attorney Fees | Allowed | 3210-000 | $0.00 | $11,847.50 | $11,847.50 | $0.00 | $0.00 | $0.00 | $11,847.50 |
| bank | FIRST SOUND BANK  925 Fourth Ave #2350  Seattle WA 98104 | 03/01/2016 | Administrative - Bank fees | Allowed | 2600-000 | $0.00 | $788.61 | $788.61 | $788.61 | $0.00 | $0.00 | $0.00 |
| ACom | JAMES G MURPHY | 02/26/2016 | Administrative - Costs of Sale | Allowed | 3610-000 | $0.00 | $468.00 | $468.00 | $468.00 | $0.00 | $0.00 | $0.00 |
| AExp | JAMES G MURPHY | 02/26/2016 | Administrative - Costs of Sale | Allowed | 3620-000 | $0.00 | $2,766.59 | $2,766.59 | $2,766.59 | $0.00 | $0.00 | $413.69 |
| 1sec | KING COUNTY TREASURY OPERATIONS  Linda Crane Nelsen  500 4th Avenue, Room 600  Seattle WA 98104-2340 | 06/05/2015 | Secured - Personal Property | Allowed | 4210-000 | $0.00 | $997.02 | $997.02 | $0.00 | $0.00 | $0.00 | $997.02 |
| 2sec | DEPARTMENT OF THE TREASURY  Internal Revenue Service  Ogden UT 84201 | 07/23/2015 | Secured - Personal Property | Allowed | 4210-000 | $0.00 | $479,447.82 | $479,447.82 | $0.00 | $0.00 | $0.00 | $479,447.82 |

| Case No. | 15-13194-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | CLARITY SIGNS, INC. | Date: | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4sec | CANON FINANCIAL SERVICES INC. c/o Scott H. Marcus &#038; Associates 121 Johnson Road Turnersville NJ 08012 | 11/16/2015 | Secured - Personal Property | Allowed | 4210-000 | $0.00 | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |

**Claim Notes:** equipment

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1pri | KING COUNTY TREASURY OPERATIONS Linda Crane Nelsen 500 4th Avenue, Room 600 Seattle WA 98104-2340 | 06/05/2015 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $997.02 | $997.02 | $0.00 | $0.00 | $0.00 | $997.02 |
| 2pri | DEPARTMENT OF THE TREASURY Internal Revenue Service Ogden UT 84201 | 07/23/2015 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $64,540.08 | $64,540.08 | $0.00 | $0.00 | $0.00 | $64,540.08 |
| 3pri | WA STATE EMPLOYMENT SECURITY DEPARTMENT PO BOX 9046 OLYMPIA WA 98507-9046 | 10/21/2015 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $59,520.76 | $59,520.76 | $0.00 | $0.00 | $0.00 | $59,520.76 |
| 19pri | WASHINGTON STATE DEPARTMENT OF LABOR INDUSTRIES Bankruptcy Unit PO Box 4171 Olympia WA 98504-4171 | 01/19/2016 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $48,317.39 | $48,317.39 | $0.00 | $0.00 | $0.00 | $48,317.39 |

**Claim Notes:** (19-1) Account Number (last 4 digits):7700

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4uns | CANON FINANCIAL SERVICES INC. c/o Scott H. Marcus &#038; Associates 121 Johnson Road Turnersville NJ 08012 | 11/16/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,700.71 | $3,700.71 | $0.00 | $0.00 | $0.00 | $3,700.71 |

| Case No. | 15-13194-CMA | Trustee Name: | Edmund J. Wood |
| Case Name: | CLARITY SIGNS, INC. | Date: | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | FORMAN SIGN COMPANY INC.<br>10447 Drummond Road<br>Philadelphia PA 19154-3897 | 11/17/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,805.00 | $1,805.00 | $0.00 | $0.00 | $0.00 | $1,805.00 |
| 6 | AIR CYCLE CORPORATION<br>2200 Ogden Avenue<br>Suite 100<br>Lisle IL 60532-1972 | 11/18/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,583.50 | $5,583.50 | $0.00 | $0.00 | $0.00 | $5,583.50 |
| 7 | ENUMCLAW INSURANCE GROUP<br>PO Box 34983<br>Seattle WA 98124 | 11/19/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,268.00 | $1,268.00 | $0.00 | $0.00 | $0.00 | $1,268.00 |
| 8 | SULLAWAY ENGINEERING INC.<br>P.O. Box 28789<br>San Diego CA 92198 | 11/20/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,565.00 | $1,565.00 | $0.00 | $0.00 | $0.00 | $1,565.00 |
| 9 | TRULITE SIGNS INC.<br>2990 Half Moon Ct.<br>Norco CA 92860 | 11/20/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $812.50 | $812.50 | $0.00 | $0.00 | $0.00 | $812.50 |
| 10 | ATLAS COLLECTIONS INC.<br>1410 BROAD ST<br>PO BOX 688<br>NEW CASTLE IN 47362 | 11/23/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $923.47 | $923.47 | $0.00 | $0.00 | $0.00 | $923.47 |
| 11 | SIGN OF LIGHT<br>9499 Highland Park Drive<br>Roseville CA 95678 | 12/01/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,070.15 | $3,070.15 | $0.00 | $0.00 | $0.00 | $3,070.15 |
| 12 | ALLIANCEONE RECEIVABLES<br>PO Box 2449<br>Gig Harbor WA 98335 | 12/02/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $262.88 | $262.88 | $0.00 | $0.00 | $0.00 | $262.88 |

| Case No. | 15-13194-CMA | | | | | | | Trustee Name: | | Edmund J. Wood | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLARITY SIGNS, INC. | | | | | | | Date: | | 5/3/2018 | | |
| Claims Bar Date: | 02/16/2016 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CENTRAL WELDING SUPPLY<br>c/o NACM Business Credit Services<br>910 SW Spokane St Bldg A<br>Seattle WA 98134 | 12/07/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,611.77 | $1,611.77 | $0.00 | $0.00 | $0.00 | $1,611.77 |
| 14 | LYNDEN<br>c/o CCC of NY<br>34 Seymour St<br>Tonawanda NY 14150 | 12/07/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,334.21 | $3,334.21 | $0.00 | $0.00 | $0.00 | $3,334.21 |
| 15 | MOBEEN BUTTE<br>16827 Bothell Way NE<br>Lake Forest Park WA 98155 | 12/08/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,436.00 | $2,436.00 | $0.00 | $0.00 | $0.00 | $2,436.00 |
| **Claim Notes:** | towing & storage charges for 2 trucks | | | | | | | | | | | |
| 16 | YESCO LLC<br>c/o Heather Coppinger<br>6725 W Chicago St<br>Chandler AZ 85226 | 12/22/2015 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,325.00 | $1,325.00 | $0.00 | $0.00 | $0.00 | $1,325.00 |
| 17 | ALPHA ARCHITECTURAL SIGNS & LIGHTING INC<br>8565 23rd Ave.<br>Sacramento CA 95826 | 01/07/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $69,973.79 | $69,973.79 | $0.00 | $0.00 | $0.00 | $69,973.79 |
| 18 | RUEFF SIGN COMPANY<br>1530 E WASHINGTON STREET<br>LOUISVILLE KS 40206 | 01/19/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,151.79 | $1,151.79 | $0.00 | $0.00 | $0.00 | $1,151.79 |
| 20 | CONSOLIDATED RECOVERY GROUP LLC<br>1835 A South Centre City Pkwy Suite 405<br>Escondido CA 92025 | 02/01/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,326.82 | $1,326.82 | $0.00 | $0.00 | $0.00 | $1,326.82 |
| 21 | LAVELLE VAC & DRAINAGE<br>PO Box 3028<br>Federal Way WA 98063 | 02/04/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,475.08 | $18,475.08 | $0.00 | $0.00 | $0.00 | $18,475.08 |

| Case No. | 15-13194-CMA | | Trustee Name: | Edmund J. Wood |
|---|---|---|---|---|
| Case Name: | CLARITY SIGNS, INC. | | Date: | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | TEAM WASHINGTON, INC.<br>8381 Old Courthouse road<br>Vienna VA 22182 | 02/10/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,418.52 | $33,418.52 | $0.00 | $0.00 | $0.00 | $33,418.52 |
| 23 | NORTHERN SIGN COMPANY<br>101 E. Walton<br>Pontiac MI 48340 | 02/10/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,572.00 | $5,572.00 | $0.00 | $0.00 | $0.00 | $5,572.00 |
| 24 | BLAZE SIGNS<br>PO Box 608<br>Medford OR 97501 | 02/16/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,450.36 | $2,450.36 | $0.00 | $0.00 | $0.00 | $2,450.36 |
| 25 | EVERGREEN PROFESSIONAL RECOVERIES<br>PO BOX 666<br>BOTHELL WA 98041 | 02/16/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $815.67 | $815.67 | $0.00 | $0.00 | $0.00 | $815.67 |

Claim Notes:   Evergreen Fire & Safety Inc / Mountain Mist

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | FAM WATERJET, INC.<br>720 132nd St. SW, Ste. 204<br>Everett WA 98204 | 02/16/2016 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,414.00 | $2,414.00 | $0.00 | $0.00 | $0.00 | $2,414.00 |
| 27 | NORTHSTAR SIGNS & LIGHTING LTD<br>12763 60th Avenue<br>Surrey, BC V3X 2K9<br>CANADA | 02/17/2016 | Unsecured - Late Filed 726(a)(3) | Allowed | 7200-000 | $0.00 | $14,649.16 | $14,649.16 | $0.00 | $0.00 | $0.00 | $14,649.16 |

Claim Notes:   Creditor is in CANADA - remember this when mailing any checks

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | NATIONAL CONSTRUCTION RENTALS<br>15319 Chatsworth St<br>Mission Hills CA 91345 | 02/23/2016 | Unsecured - Late Filed 726(a)(3) | Allowed | 7200-000 | $0.00 | $1,505.32 | $1,505.32 | $0.00 | $0.00 | $0.00 | $1,505.32 |
| 2pen | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>Ogden UT 84201 | 07/23/2015 | Fines & Penalties - Tax claims | Allowed | 7300-000 | $0.00 | $20,313.80 | $20,313.80 | $0.00 | $0.00 | $0.00 | $20,313.80 |

| Case No. | 15-13194-CMA | | | Trustee Name: | Edmund J. Wood |
| Case Name: | CLARITY SIGNS, INC. | | | Date: | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3pen | WA STATE EMPLOYMENT SECURITY DEPARTMENT<br>  PO BOX 9046<br>  OLYMPIA WA 98507-9046 | 10/21/2015 | Fines & Penalties - Tax claims | Allowed | 7300-000 | $0.00 | $4,998.08 | $4,998.08 | $0.00 | $0.00 | $0.00 | $4,998.08 |
| 19pen | WASHINGTON STATE DEPARTMENT OF LABOR INDUSTRIES<br>  Bankruptcy Unit<br>  PO Box 4171<br>  Olympia WA 98504-4171 | 01/19/2016 | Fines & Penalties - Tax claims | Allowed | 7300-000 | $0.00 | $9,186.07 | $9,186.07 | $0.00 | $0.00 | $0.00 | $9,186.07 |
| | | | | | | **$887,668.40** | **$887,668.40** | **$4,023.20** | **$0.00** | **$0.00** | | **$884,058.89** |

| Case No. | 15-13194-CMA | Trustee Name: | Edmund J. Wood |
| Case Name: | CLARITY SIGNS, INC. | Date: | 5/3/2018 |
| Claims Bar Date: | 02/16/2016 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Administrative - Attorney Expenses | $840.46 | $840.46 | $0.00 | $0.00 | $0.00 | $840.46 |
| Administrative - Attorney Fees | $11,847.50 | $11,847.50 | $0.00 | $0.00 | $0.00 | $11,847.50 |
| Administrative - Bank fees | $788.61 | $788.61 | $788.61 | $0.00 | $0.00 | $0.00 |
| Administrative - Costs of Sale | $3,234.59 | $3,234.59 | $3,234.59 | $0.00 | $0.00 | $413.69 |
| Fines & Penalties - Tax claims | $34,497.95 | $34,497.95 | $0.00 | $0.00 | $0.00 | $34,497.95 |
| Priority - Taxing Authority Claim | $173,375.25 | $173,375.25 | $0.00 | $0.00 | $0.00 | $173,375.25 |
| Secured - Personal Property | $482,294.84 | $482,294.84 | $0.00 | $0.00 | $0.00 | $482,294.84 |
| Trustee Compensation | $1,170.00 | $1,170.00 | $0.00 | $0.00 | $0.00 | $1,170.00 |
| Trustee Expenses | $168.50 | $168.50 | $0.00 | $0.00 | $0.00 | $168.50 |
| Unsecured - Late Filed 726(a)(3) | $16,154.48 | $16,154.48 | $0.00 | $0.00 | $0.00 | $16,154.48 |
| Unsecured 726(a)(2) | $163,296.22 | $163,296.22 | $0.00 | $0.00 | $0.00 | $163,296.22 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-13194-CMA
Case Name: CLARITY SIGNS, INC.
Trustee Name: Edmund Wood

Balance on hand: $610.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1sec | King County Treasury Operations | $997.02 | $997.02 | $0.00 | $0.00 |
| 2sec | Department of the Treasury | $479,447.82 | $479,447.82 | $0.00 | $0.00 |
| 4sec | Canon Financial Services Inc. | $1,850.00 | $1,850.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $610.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Edmund Wood, Trustee Fees | $1,170.00 | $0.00 | $50.96 |
| Edmund Wood, Trustee Expenses | $168.50 | $0.00 | $7.34 |
| Wood & Jones, P.S, Attorney for Trustee Fees | $11,847.50 | $0.00 | $515.98 |
| Wood & Jones, P.S, Attorney for Trustee Expenses | $840.46 | $0.00 | $36.60 |
| James G Murphy, Auctioneer for Trustee Fees | $468.00 | $468.00 | $0.00 |
| James G. Murphy, Auctioneer for Trustee Expenses | $2,766.59 | $2,766.59 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $610.88
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $173,375.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1pri | King County Treasury Operations | $997.02 | $0.00 | $0.00 |
| 2pri | Department of the Treasury | $64,540.08 | $0.00 | $0.00 |
| 3pri | WA State Employment Security Dept | $59,520.76 | $0.00 | $0.00 |
| 19pri | WA State Dept of Labor and Industries | $48,317.39 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $163,296.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4uns | Canon Financial Services Inc. | $3,700.71 | $0.00 | $0.00 |
| 5 | Forman Sign Company Inc. | $1,805.00 | $0.00 | $0.00 |
| 6 | Air Cycle Corporation | $5,583.50 | $0.00 | $0.00 |
| 7 | Enumclaw Insurance Group | $1,268.00 | $0.00 | $0.00 |
| 8 | Sullaway Engineering Inc. | $1,565.00 | $0.00 | $0.00 |
| 9 | Trulite Signs Inc. | $812.50 | $0.00 | $0.00 |
| 10 | Atlas Collections Inc. | $923.47 | $0.00 | $0.00 |
| 11 | Sign of Light | $3,070.15 | $0.00 | $0.00 |
| 12 | AllianceOne Receivables | $262.88 | $0.00 | $0.00 |
| 13 | Central Welding Supply | $1,611.77 | $0.00 | $0.00 |
| 14 | Lynden | $3,334.21 | $0.00 | $0.00 |
| 15 | Mobeen Butte | $2,436.00 | $0.00 | $0.00 |
| 16 | YESCO LLC | $1,325.00 | $0.00 | $0.00 |
| 17 | Alpha Architectural Signs & Lighting Inc | $69,973.79 | $0.00 | $0.00 |
| 18 | Rueff Sign Company | $1,151.79 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 20 | Consolidated Recovery Group LLC | $1,326.82 | $0.00 | $0.00 |
| 21 | LaVelle Vac & Drainage | $18,475.08 | $0.00 | $0.00 |
| 22 | Team Washington, Inc. | $33,418.52 | $0.00 | $0.00 |
| 23 | Northern Sign Company | $5,572.00 | $0.00 | $0.00 |
| 24 | Blaze Signs | $2,450.36 | $0.00 | $0.00 |
| 25 | Evergreen Professional Recoveries | $815.67 | $0.00 | $0.00 |
| 26 | FAM Waterjet, Inc. | $2,414.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $16,154.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 27 | Northstar Signs & Lighting Ltd | $14,649.16 | $0.00 | $0.00 |
| 28 | National Construction Rentals | $1,505.32 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $34,497.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2pen | Department of the Treasury | $20,313.80 | $0.00 | $0.00 |
| 3pen | WA State Employment Security Dept | $4,998.08 | $0.00 | $0.00 |
| 19pen | WA State Dept of Labor and Industries | $9,186.07 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**